SIMON WEISSBERGER, Respondent, *v.* NEW YORK MUTUAL GAS LIGHT COMPANY, Appellant, Impleaded with Others.

*Weissberger* v. *N. Y. Mutual Gas Light Co.*, 163 App. Div. 955, affirmed.
(Argued March 12, 1917; decided March 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action for damages to property from an explosion in plaintiff's premises, alleged to have been caused by the negligence of the defendant. The complaint alleged that gas was permitted to escape into premises occupied by plaintiff through a defect in the defendant's service pipe.

*Merrill W. Galloway* for appellant.

*Moses Feltenstein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: CUDDEBACK, J.